# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JEFFREY L. WILLIAMS

          V.          CASE No.: 6:07-CV-90(NAM)

**MARK W. SWIMELAR, in his official capacity as Chapter 13 Trustee, and HAROLD McGILL**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of APPELLEES against APPELLANT affirming the Order of Chief U.S. Bankruptcy Court Judge Stephen D. Gerling pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on April 18, 2008.

DATED:   April 18, 2008

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp